UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TIMOTHY LEROY WILLIAMS, | Case No. 2:16-cv-00019-APG-CWH |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR, et al., | |
| Respondents. | |

In this *pro se* 28 U.S.C. § 2254 habeas matter, the inmate locator on the state corrections department website reflects that petitioner no longer is at Northern Nevada Correctional Center and that he instead has been released from custody. Petitioner has not filed an updated address. Under LR IA 3-1 of the local rules, a petitioner must immediately file written notification of any change of address.

**IT IS THEREFORE ORDERED** that, within **30 days** of entry of this order, petitioner shall file an updated notice of his current address. This action will be dismissed without further prior order of the court if petitioner fails to do so.

DATED: 17 October 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE