# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TIMOTHY LEROY WILLIAMS,

        Petitioner,

v.

BRIAN E. WILLIAMS, SR, et al.,

        Respondents.

Case No.: 2:16-cv-019-APG-CWH

**ORDER**

[ECF No. 26]

On October 17, 2018, the court directed *pro se* 28 U.S.C. § 2254 habeas petitioner Timothy Leroy Williams to file written notice of change of address within 30 days (ECF No. 26). Under LR IA 3-1 of the local rules, a petitioner must immediately file written notification of any change of address. That order was served on Williams via U.S. mail at his address of record. The order was returned as undeliverable, and the envelope had been marked "return to sender, inmate parole" (*see* ECF No. 27). Accordingly, this action is dismissed for failure to update address.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

Dated: November 6, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE